**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET HALSELL, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., a Delaware Corporation, and DOES 1-50, Inclusive.<br><br>Defendants. | CASE NO.: 2:21-cv-01791-FMO(JPRx)<br><br>**ORDER ON STIPULATION RE DISMISSAL OF ACTION**<br><br>Complaint Filed: 02/25/2021<br>Trial Date: 06/07/2022 |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1).

DATED: April 5, 2022

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE